IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                      Case No. 2:10-CV-02081

$12,461.00 in UNITED STATES CURRENCY                            DEFENDANT

**CONSENT DECREE OF FORFEITURE**

On June 16, 2010, a Verified Complaint of Forfeiture against the defendant currency was filed on behalf of the plaintiff, United States of America.  The complaint alleges that the currency was used or intended to be used in exchange for controlled substances, or was proceeds thereof, and thereby forfeitable pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law:

1. That pursuant to a Warrant of Arrest issued by the Court, the United States Marshal for this district seized said currency on or about June 24, 2010.

2. On July 30, 2010, Jesus Salas' attorney received service via certified mail.  A claim of ownership was filed on his behalf on August 16, 2010, and an answer was filed on August 16, 2010.

3. Notice of said forfeiture action was published on the United States' official website (www.forfeiture.gov) for 30

consecutive days beginning June 24, 2010 to July 23, 2010.  No other claims have been filed.

    4.  The defendant property is more particularly described as $12,461.00  in United States Currency.

    IT IS HEREBY ORDERED, DECREED, and ADJUDGED that:

    1.  Pursuant to the agreement of the parties, $1,100.00 of the defendant currency is directed to be transferred to the United States District Clerk to be applied towards the fine and special assessment imposed by the Court in *United States v. Jesus Salas*, Criminal No.2:10CR20007-001, and $4,561.00 is to be returned to the claimant through his attorney.

    2.   The remaining $6,800.00 in United States currency is hereby forfeited to the United States of America to be disposed of according to law.

    IT IS SO ORDERED this 21st day of March, 2011.


                                                    /s/ Paul K. Holmes, III  
                                                    Paul K. Holmes, III  
                                                    United States District Judge


APPROVED:

_____  
/s/ David R. Ferguson, Assistant U.S. Attorney for Plaintiff, United States of America


_____  
/s/ James Filyaw, Attorney for Claimant, Jesus Salas